UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 06622
CHRISTOPHER A CHESO
                                                    CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

         Debtor
SSN XXX-XX-2009


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/07/06 and confirmed on 08/04/06.

     2.   The case was dismissed after confirmation, 09/14/2007.

     3.   The Debtor paid a total of $   3895.07 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL | SECURED | 12300.00 | 670.40 | 2448.06 |
| AMERICAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | 299.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 594.40 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | 913.20 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 14391.71 | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 41.45 | .00 | .00 |

                 Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12300.00 | .00 | 16239.76 | .00 | 28539.76 |
| PRINCIPAL PAID | 2448.06 | .00 | .00 | .00 | 2448.06 |
| INTEREST PAID | 670.40 | .00 | .00 | .00 | 670.40 |
| TOTAL PAID | 3118.46 | .00 | .00 | .00 | 3118.46 |

The Debtor's attorney, DAVID M SIEGEL                 , was allowed $   3000.00
and was paid $   612.69 .

The Trustee received $   163.92 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/18/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                          PAGE  2
       CASE NO. 06 B 06622 CHRISTOPHER A CHESO